Douglas J. Pick, Esq.
Eric C. Zabicki, Esq.
**PICK & ZABICKI LLP**
Counsel to the Debtor
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:

JESSICA GLASS POLLACK,

Debtor.

---------------------------------------------------------------x

Chapter 11

Case No.: 09-13322 (JMP)

## FIRST AND FINAL APPLICATION OF PICK & ZABICKI LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE DEBTOR FROM MAY 22, 2009 THROUGH AUGUST 5, 2010

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

        Pick & Zabicki LLP ("P&Z"), counsel to Jessica Glass Pollack, the debtor and debtor-in-possession herein (the "Debtor"), submits this application (the "Application") in support of an Order, pursuant to §§105(a) and 330 of title 11 of the United States Code (the "Bankruptcy Code"), for a first and final allowance of compensation for services rendered and for reimbursement of expenses incurred as counsel to the Debtor, and respectfully represents and alleges as follows:

### INTRODUCTION

        1.      On May 22, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code and an Order for Relief was entered.

        2.      Subsequent to the Petition Date, the Debtor continued to manage her property and affairs as a debtor-in-possession. No trustee, examiner or committee has been appointed in connection with the Debtor's case.

3.      Upon the application of the Debtor, and by Order dated June 4, 2009, a copy

of which is attached hereto as *Exhibit "A"*, the Court authorized the Debtor's retention of P&Z as

her counsel, pursuant to §327(a) of the Bankruptcy Code and effective May 22, 2009, in order to,

*inter alia*:

(a)     advise the Debtor with respect to her rights and duties as a debtor-in-possession;

(b)     assist and advise the Debtor in the preparation of her financial statements, schedules of assets and liabilities, statement of financial affairs and other reports and documentation required pursuant to the Bankruptcy Code and the Bankruptcy Rules;

(c)     represent the Debtor at all hearings and other proceedings relating to her affairs as a chapter 11 debtor;

(d)     prosecute and defend litigated matters that may arise during this chapter 11 case;

(e)     assist the Debtor in the formulation and negotiation of a plan of reorganization and all related transactions;

(f)     assist the Debtor in analyzing the claims of creditors and in negotiating with such creditors and interest holders;

(g)     prepare any and all necessary motions, applications , answers, orders, reports and papers in connection with the administration and prosecution of the Debtor's chapter 11 case; and

(h)     perform such other legal services as may be required and/or deemed to be in the interest of the Debtor in accordance with its powers and duties as set forth in the Bankruptcy Code.

6.      On June 22, 2010, the Debtor filed her proposed Second Amended Chapter

11 Plan of Reorganization (the "Plan") and corresponding Disclosure Statement with this Court. A

hearing to consider the Debtor's request for confirmation of the Plan is scheduled to be held on

August 5, 2010.

## ALLOWANCES SOUGHT

7.      By this Application, P&Z seeks: (i) a first and final allowance of

compensation for professional services rendered by P&Z as counsel to the Debtor during the period

May 22, 2009 through August 5, 2010 (the "Compensation Period") in the amount of $32,146.00

representing 91.8 hours in professional services (a blended hourly rate of $350.17)[1]; and (ii)

reimbursement of actual and necessary expenses incurred by P&Z during the Compensation Period

in the amount of $1,550.83, for an aggregate final award of $33,696.83.

8.      P&Z received an initial retainer payment from the Debtor totaling

$14,500.00 against its legal fees and expenses expected to be incurred as counsel to the Debtor. A

total of $2,885.50 of that amount was applied by P&Z against its legal fees (for consultation,

preparation of the petition, schedules and the like) and expenses (including the credit counseling

fees) incurred prior to the Petition Date. As such, P&Z is currently holding a retainer balance

totaling $11,614.50 which P&Z requests that it be permitted to apply against any compensation

and/or expenses awarded. If the full amount of P&Z's legal fees and expenses are awarded as sought

herein, the amount payable by the Debtor's estate will total $22,082.33 after application of the

retainer balance.

## JURISDICTION AND VENUE

9.      This Court has jurisdiction over this case and this Application pursuant to

28 U.S.C. §§157 and 1334 and the "Standing Order of Referral of Cases to Bankruptcy Judges",

dated July 10, 1984 by District Court Judge Robert T. Ward. Venue of this case and this Application

is proper in this district pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicates for the

---

[1]   This amount includes $810.00 in estimated fees (2 hours at $405.00 per hour) expected to be incurred in
connection with the confirmation and consummation of the Plan and the preparation and filing of a final decree.

3

relief sought herein are §§105(a) and 330 of the Bankruptcy Code and Rules 2002(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## LEGAL SERVICES RENDERED TO THE DEBTOR
## DURING THE COMPENSATION PERIOD

10.     Respectfully, and as more fully discussed herein, P&Z vehemently represented the interests of the Debtor during the Compensation Period which served to maximize recoveries by creditors while facilitating the Debtor's administration of the estate. As such, the requested final allowance of compensation and reimbursement of expenses is appropriate.

11.     All of the services for which compensation is sought herein were rendered for and on behalf of the Debtor, and not on behalf of any other entity. P&Z respectfully submits that the professional services rendered were necessary, appropriate and have contributed to the effective administration of the Debtor's chapter 11 case.

12.     P&Z maintains written records of the time expended by its attorneys and paraprofessionals in the rendition of their services to the Debtor. Such time records are made contemporaneously with the rendering of services by the person rendering such services, and in the ordinary course of P&Z's practice. The records showing the name of the attorney or para-professional, the date on which the services were performed, the services rendered, the corresponding activity category, and the amount of time spent in performing the services during the Compensation Period together with a list of the attorneys and para-professionals who have worked on this case, their date of admission to the bar (where applicable), the aggregate time expended by each, their hourly billing rate, and the value of the total time expended by each person, are annexed as *Exhibit "B"*.

4

13.     P&Z also maintains records of all actual and necessary expenses incurred in connection with the rendition of its professional services, all of which are also available for inspection. A schedule of the categories of expenses and amounts for which reimbursement is requested is annexed hereto as *Exhibit "C"*.

14.     As set forth in the certification of Eric C. Zabicki, Esq. annexed hereto as *Exhibit "D"*, P&Z believes that this Application is in compliance with the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §330 adopted by the Executive Office for the United States Trustees on March 22, 1995, as amended, and the Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, as amended (collectively, the "Guidelines").

15.     Without limiting the detail given in *Exhibit "B"*, identified below is a sampling of a few of the numerous efforts put forth, and the results achieved, by P&Z on behalf of the Debtor during the Compensation Period.

(i)     Administrative.

16.     P&Z uses the activity category "Administrative" for services relating to general case administration and management tasks, communications in connection therewith and related activities. During the Compensation Period, P&Z's work within this activity category consisted primarily of, *inter alia*, communicating by telephone with and responding to inquiries of creditors, the Debtor, the Court, the United States Trustee and various parties-in-interest; reviewing and responding to written correspondence and other documents; preparing, serving and electronically filing various documents with the Court; creating and maintaining mailing lists, contact lists and working files; and other general matters.

5

17.     P&Z expended 25.3 hours within this activity category during the Compensation Period for total fees of $6,578.50 (blended hourly rate of $260.02).

(ii)     Claims.

18.     P&Z uses the activity category "Claims" for services related to the review and analysis of filed and scheduled claims, efforts to resolve claims asserted by and against the estate, communications related therewith and related activities. During the Compensation Period, P&Z engaged in extensive negotiations with counsel to the Debtor's three unsecured creditors (i.e., Signature Bank, John Rumsey and Joseph Dougherty) in an effort to reach a mutually agreeable resolution of the amounts owed. P&Z also drafted the Debtor's motion to set a pre-petition claims bar date and served a notice thereof upon all creditors. As a result of the foregoing efforts, the Debtor was able to reach agreements with her creditors as to the treatment of their respective claims which enabled the Debtor to propose a feasible and mutually acceptable chapter 11 plan of reorganization.

19.     During the Compensation Period, P&Z expended 8.4 hours within this activity category for total fees of $3,346.00 (blended hourly rate of $398.33).

(iii)     Hearings/Meetings.

20.     P&Z uses the activity categories "Hearings" and "Meetings" for services related to preparing for and attending Court hearings and in-person meetings with regard to the Debtor's case, communications associated therewith and related activities. During the Compensation Period, P&Z's attorneys prepared for and participated in numerous Court hearings and conferences on behalf of the Debtor. P&Z also attended had numerous in-person meetings with the Debtor and attended the Debtor's §341 Meeting of Creditors in furtherance of the administration of the Debtor's chapter 11 case.

21.     P&Z expended a total of 11.1 hours within this activity category during the Compensation Period for total fees of $4,334.50 (a blended hourly rate of $390.49).

(iv)    <u>Motions.</u>

22.     P&Z uses the activity category "Motions" for services related to researching, drafting, revising and filing motions and other documents, reviewing an responding to motions, applications or objections filed by other parties, communications in connection therewith and related activities. P&Z's work within this activity category during the Compensation Period consisted primarily of researching and drafting the Debtor's motion to dismiss her chapter 11 case. That motion was ultimately withdrawn in favor of pursuing confirmation of the Plan. P&Z also researched and drafted a motion to convert the Debtor's chapter 11 case to a case under chapter 7 which was ultimately not filed. P&Z also engaged in numerous discussions with the Debtor, the United States Trustee and the Debtor's creditors concerning in furtherance of reaching an expedient disposition of this case that was beneficial to all creditors.

23.     During the Compensation Period, P&Z expended a total of 12.0 hours within this activity category for total fees of $4,860.00 (a blended hourly rate of $405.00).

(v)     <u>Plan & Disclosure Statement.</u>

24.     P&Z uses the activity category "Plan & Disclosure Statement" for services related to the formulation, submission, confirmation and other matters regarding any chapter 11 plan. During the Compensation Period, P&Z engaged in extensive discussions with the Debtor, the Debtor's other chapter 11 professionals, the Debtor's creditors and the United States Trustee in an effort to formulate a feasible plan strategy. With P&Z's guidance, the Debtor was able to reach plan terms which were mutually agreeable to all interested parties. Thereafter, P&Z researched, drafted

and revised multiple versions of the Plan and the corresponding Disclosure Statement. In this regard, P&Z always worked to further the goal of submitting a plan that would be confirmed without objection and would result in the maximum distribution to general unsecured creditors. Upon filing, P&Z discussed and incorporated comments from the Court and the United States Trustee into the Plan documents and sought and obtained this Court's approval of the Disclosure.

25.     The Debtor's creditors have all consented to the treatment afforded them under the Plan and, as such, the Plan is expected to be confirmed without objection. Respectfully, such a result would have been unlikely absent P&Z's substantial efforts.

26.     P&Z expended 29.7 hours within this activity category during the Compensation Period for total fees of $11,111.50 (a blended hourly rate of $374.13).

(vi)    Professional.

27.     P&Z uses the activity category "Professional" for services related to professional employment issues such as the drafting and filing of applications for retention and compensation, communications in connection therewith and related activities. P&Z's work within this activity category during the Compensation Period consisted entirely of the preparation of this Application and related documents (e.g., notice of hearing, schedules of fees and expenses, and the like) and the fee application of the Debtor's accountant, Philip Lewis, CPA. P&Z took efforts to minimize the amount of time expended in preparing said Applications so as to reduce the amounts payable by the Debtor's estate.

28.     P&Z expended 3.3 hours within this activity category during the Compensation Period for total fees of $1,105.50 (blended hourly rate of $335.00).

(x)     <u>Summary.</u>

29.     In sum, P&Z vigorously represented the interests of the Debtor (and, therefore, the estate) during the Compensation Period which served to augment and maximize recoveries by creditors while facilitating the administration of the Debtor's estate.

## COMPENSATION FOR SERVICES RENDERED

30.     Pursuant to §330(a) of the Bankruptcy Code, the Court may award a professional "reasonable compensation for actual, necessary services rendered" by such professional and "reimbursement for actual, necessary expenses." 11 U.S.C. §330 (LexisNexis 2009). The factors to be considered in awarding attorneys' fees were enumerated in <u>In re First Colonial Corporation of America</u>, 544 F.2d 1291, 1298-99 (5th Cir.), <i>reh'g den.</i>, 547 F.2d 573, <u>cert. den.</u>, <u>Baddock v. American Benefit Life Insur. Co.</u>, 431 U.S. 904 (1977), as follows: (a) the time and labor required; (b) the novelty and difficulty of questions; (c) the skill requisite to perform the legal services properly; (d) the preclusion of other employment due to acceptance of the case; (e) the customary fee; (f) whether the fee is fixed or contingent; (g) time limitations imposed by the client or other circumstances; (h) the amount involved and the results obtained; (i) the experience, reputation and ability of the attorneys; (j) undesirability of the case; and (k) the nature and length of the professional relationship. The clear Congressional intent and policy expressed in this section is to provide for adequate compensation in order to continue to attract qualified and competent practitioners to bankruptcy cases. <u>Id</u>. P&Z respectfully submits that consideration of these factors should result in the allowance of the full compensation requested.

31.     P&Z is aware of the standards for professional compensation and the preparation of fee applications in this District. The following chart reflects the total time spent on the case by each attorney or para-professional during the Compensation Period:

| Attorney/Para-Professional | Year Admitted | Hourly Rate | Hours | Total Fees |
|---|---|---|---|---|
| Douglas J. Pick (DJP) | 1980 | $405.00 | 54.2 | $21,951.00 |
| (Estimated Time in Connection With Confirmation/Final Decree) | | | 2.0 | $810.00 |
| Eric C. Zabicki (ECZ) | 2002 | $335.00 | 23.5 | $7,872.50 |
| Nilda Reyes (NR) | N/A | $125.00 | 12.1 | $1,512.50 |
| | | Totals | 91.8 | $32,146.00 |
| | | Blended Hourly Rate | | $350.17 |

32.     The following chart illustrates the total time spent within each activity category during the Compensation Period:

| Activity Category | Hours | Total Fees |
|---|---|---|
| Administrative | 25.3 | $6,578.50 |
| Claims | 8.4 | $3,346.00 |
| Hearings/Meetings | 11.1 | $4,334.50 |
| Motions | 12.0 | $4,860.00 |
| Plan & Disclosure Statement | 29.7 | $11,111.50 |
| Professional | 3.3 | $1,105.50 |
| (Estimated Time in Connection With Confirmation/Final Decree) | 2.0 | $810.00 |
| Totals | 91.8 | $32,146.00 |

33.     All of the services for which compensation is sought herein were rendered for and on behalf of the Debtor, and not on behalf of any other entity. P&Z respectfully submits that the professional services rendered were necessary, appropriate and contributed to the effective administration of the Debtor's chapter 11 case. The professional services rendered by P&Z required

a high degree of professional competence and expertise so that the issues requiring evaluation and action by the Debtor during the Compensation Period could be attended to with skill and dispatch. The significance of the issues arising in this case required immediate efforts by P&Z and at times required work to be performed late into the evenings. It is respectfully submitted that the services rendered to the Debtor were performed efficiently, effectively and economically, with good results. P&Z believes that its efforts on the Debtor's behalf have contributed to the maximization of value for the estate and facilitated the administration of the Debtor's case.

34.     During the Compensation Period, P&Z's attorneys and para-professionals expended an aggregate of 91.8 hours in rendering services on behalf of the Debtor for total fees of $32,146.00 (inclusive of 2 hours at $405.00 per hour in estimated time expected to be incurred in connection with the confirmation and consummation of the Plan and the preparation and filing of a final decree) representing an average hourly rate of $650.17. P&Z respectfully submits that its fee is reasonable for the work performed in this case.

35.     In addition, P&Z incurred out-of-pocket expenses during the Compensation Period in rendering the professional services described above in the sum of $1,550.83 for which P&Z respectfully requests reimbursement in full. A summary of the expense details is attached as *Exhibit "C"*. None of these expenses reflect P&Z's overhead costs and all of the expenses were incurred exclusively in connection with this case. P&Z has endeavored to minimize these expenses to the fullest extent possible.

36.     Finally, P&Z requests authorization to apply the Debtor's retainer balance totaling $11,614.50 against P&Z's legal fees and expenses as may be awarded by this Court.

## CONCLUSION

37.     No arrangement has been made, directly or indirectly, and no understanding exists, for a division of compensation herein between P&Z and any other person, whether or not contrary to the provisions of the Bankruptcy Code, the Bankruptcy Rules, or any other provision of federal or state law.

38.     No prior application has been made to this or any other court for the relief requested herein.

39.     P&Z has not received any payment on account of the legal services rendered or on account of the out-of-pocket expenses incurred during the Compensation Period discussed herein.

40.     Pursuant to Local Bankruptcy Rule 9013-1 for the Southern District of New York, because there are no novel issues of law presented by this Application and the relevant points of authorities have been set forth herein, P&Z respectfully requests that the Court waive the requirement that P&Z file a memorandum of law in support of this Application.

**WHEREFORE,** P&Z respectfully requests that this Court enter an order:

(i)     approving a first and final allowance of $32,146.00 for compensation for services rendered as counsel to the Debtor from May 22, 2009 through August 5, 2010;

(ii)    approving the reimbursement of P&Z's out-of-pocket expenses in the amount of $1,550.83 incurred during the period May 22, 2009 through August 5, 2010;

(iii)   authorizing the application of the Debtor's retainer balance against P&Z's allowed compensation and reimbursable expenses;

(iv)    directing the payment of the balance of the fees and expenses allowed; and

(iv)     granting such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       June 30, 2010

**PICK & ZABICKI LLP**
Counsel to the Debtor


By: _____
          Eric C. Zabicki, Esq.
          369 Lexington Avenue, 12th Floor
          New York, New York 10017
          (212) 695-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

In re

JESSICA GLASS POLLACK,

                         Debtor.

----------------------------------------------------------x

Chapter 11
Case No. 09-13322(JMP)

## ORDER AUTHORIZING RETENTION OF PICK & ZABICKI LLP
### *NUNC PRO TUNC*, AS COUNSEL TO THE DEBTOR

        Upon the application, dated May 22, 2009 (the "Application"), of Jessica Pollack,

the debtor and debtor-in-possession herein (the "Debtor"), for an Order, pursuant to §327(a) of

title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules

of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the retention of Pick & Zabicki

LLP ("P&Z") as counsel to the Debtor under a general retainer, *nunc pro tunc* to May 22, 2009;

and upon the affidavit of Douglas J. Pick, sworn to on May 29, 2009; and the Court being

satisfied that (i) the employment of P&Z is necessary and in the best interests of the Debtor, her

estate, creditors and equity holders, (ii) P&Z does not have or represent any interest adverse to

the Debtor or its estate, and (iii) P&Z is a "disinterested person" as that term is defined in

§101(14) of the Bankruptcy Code; and the Court having jurisdiction to consider the Application

and the relief requested therein in accordance with 28 U.S.C. §§157 and 1334 and the "Standing

Order of Referral of Cases to Bankruptcy Court Judges", dated July 10, 1984 (Ward, Acting

C.J.); and consideration of the Application and the relief requested therein being a core

proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court pursuant to

28 U.S.C. §1409; and good and sufficient cause appearing for the relief sought by the

Application; and after due deliberation thereon; it is

ORDERED, pursuant to §327(a) of the Bankruptcy Code and Bankruptcy Rule 2014, that the Debtor is hereby authorized to retain P&Z as counsel to the Debtor under a general retainer, *nunc pro tunc* to May 22, 2009; and it is further

ORDERED, that P&Z shall be compensated in accordance with the procedures set forth in §§330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules for the United States Bankruptcy Court for the Southern District of New York, the United States Trustee's Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases and any orders issued by this Court; and it is further

ORDERED, that the requirements of Local Bankruptcy Rule 9013-1(b), requiring the Debtor to file a memorandum of law in support of the Application, are hereby waived.

Dated: New York, New York
June 4, 2009

_s/ James M. Peck_____
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE


**NO OBJECTION TO ENTRY**
**OF THE FOREGOING ORDER:**
OFFICE OF THE U.S. TRUSTEE


By:_ s/ Greg Zipes____ 6/1/2009

# PICK & ZABICKI LLP

## PROFESSIONAL ACTIVITY SUMMARY: MAY 22, 2009 THROUGH JUNE 30, 2010

Re:   *Jessica Glass Pollack; Chapter 11 Case No. 09-13322 (JMP)*

| Attorney/Paraprof. | Code | Position | Year | Admin. | Claims | Hrgs/Mtgs. | Motions | Plan | Prof. | Hourly Rate | Hours | Total Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas J. Pick | DJP | Partner | 1981 | 9.2 | 7.6 | 8.8 | 12.0 | 16.6 | - | $405.00 | 54.2 | $21,951.00 |
| Eric C. Zabicki | ECZ | Partner | 2002 | 4.0 | 0.8 | 2.3 | - | 13.1 | 3.3 | $335.00 | 23.5 | $7,872.50 |
| Nilda Reyes | RJG | Para. | N/A | 12.1 | - | - | - | - | - | $125.00 | 12.1 | $1,512.50 |
| | | | Subtotals: | 25.3 | 8.4 | 11.1 | 12.0 | 29.7 | 3.3 | | 89.8 | $31,336.00 |
| | | | | | | | | | | Blended Rate: | | $348.95 |

| Selection Criteria |
| --- |

| Slip.Transaction Dat | 5/22/2009 - 6/30/2010 |
| Slip.Classification | Open |
| Clie.Selection | Include: Pollack, Jessica |
| Slip.Transaction Typ | 1 - 1 |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
| --- | --- | --- | --- | --- |
| 125040     TIME<br>5/22/2009<br>Billed     G:19059     6/25/2009<br>Meeting with J. Pollack; revise schedules, retention<br>application and related documents | DJP<br>Meeting<br>Pollack, Jessica | 3.00<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 1215.00 |
| 124832     TIME<br>5/22/2009<br>Billed     G:19059     6/25/2009<br>Revise petition and schedules; e-file | ECZ<br>Administrative<br>Pollack, Jessica | 0.60<br>0.00<br>0.00<br>0.00 | 335.00<br>T@1 | 201.00 |
| 125143     TIME<br>5/22/2009<br>Billed     G:19059     6/25/2009<br>Revise and finalize documents | NR<br>Administrative<br>Pollack, Jessica | 0.30<br>0.00<br>0.00<br>0.00 | 125.00<br>T@1 | 37.50 |
| 125144     TIME<br>5/22/2009<br>Billed     G:19059     6/25/2009<br>Draft letter to Aronauer Re: bankruptcy filing and<br>pre-trial in District Court | NR<br>Administrative<br>Pollack, Jessica | 0.30<br>0.00<br>0.00<br>0.00 | 125.00<br>T@1 | 37.50 |
| 125148     TIME<br>5/26/2009<br>Billed     G:19059     6/25/2009<br>Draft letter to judge with case conference order | NR<br>Administrative<br>Pollack, Jessica | 0.20<br>0.00<br>0.00<br>0.00 | 125.00<br>T@1 | 25.00 |
| 125156     TIME<br>5/28/2009<br>Billed     G:19059     6/25/2009<br>Prepare, e-file and forward retention documents;<br>letter to US Trustee | NR<br>Administrative<br>Pollack, Jessica | 0.60<br>0.00<br>0.00<br>0.00 | 125.00<br>T@1 | 75.00 |
| 125158     TIME<br>5/29/2009<br>Billed     G:19059     6/25/2009<br>Revise claims bar date application and related<br>documents | NR<br>Administrative<br>Pollack, Jessica | 0.50<br>0.00<br>0.00<br>0.00 | 125.00<br>T@1 | 62.50 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 125112<br>5/29/2009<br>Billed<br>Telephone call with US Trustee's Office Re: case<br>issues | TIME<br><br>G:19059 | DJP<br>Administrative<br>6/25/2009 Pollack, Jessica | 0.30<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 121.50 |
| 125105<br>5/29/2009<br>Billed<br>Prepare motion to set claims bar date | TIME<br><br>G:19059 | DJP<br>Claims<br>6/25/2009 Pollack, Jessica | 1.00<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 405.00 |
| 125779<br>6/1/2009<br>Billed<br>Finalize, forward and e-file claims bar date application<br>and related documents | TIME<br><br>G:19168 | NR<br>Administrative<br>7/24/2009 Pollack, Jessica | 0.40<br>0.00<br>0.00<br>0.00 | 125.00<br>T@1 | 50.00 |
| 125792<br>6/5/2009<br>Billed<br>Serve case conference order; prepare and e-file<br>affidavit of service | TIME<br><br>G:19168 | NR<br>Administrative<br>7/24/2009 Pollack, Jessica | 0.50<br>0.00<br>0.00<br>0.00 | 125.00<br>T@1 | 62.50 |
| 125649<br>6/8/2009<br>Billed<br>Telephone call with Judge's chambers Re: claims bar<br>date papers | TIME<br><br>G:19168 | ECZ<br>Claims<br>7/24/2009 Pollack, Jessica | 0.30<br>0.00<br>0.00<br>0.00 | 335.00<br>T@1 | 100.50 |
| 125806<br>6/11/2009<br>Billed<br>Prepare and e-file affidavit of service Re: claims bar<br>date notice | TIME<br><br>G:19168 | NR<br>Administrative<br>7/24/2009 Pollack, Jessica | 0.50<br>0.00<br>0.00<br>0.00 | 125.00<br>T@1 | 62.50 |
| 126594<br>7/2/2009<br>Billed<br>Telephone call with J. Pollack Re: status | TIME<br><br>G:19432 | DJP<br>Administrative<br>10/20/2009 Pollack, Jessica | 0.30<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 121.50 |
| 126590<br>7/2/2009<br>Billed<br>Prepare for and attend case conference | TIME<br><br>G:19432 | DJP<br>Hearing<br>10/20/2009 Pollack, Jessica | 2.00<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 810.00 |
| 126608<br>7/3/2009<br>Billed<br>Telephone call with R. Pollack Re: trust account | TIME<br><br>G:19432 | DJP<br>Administrative<br>10/20/2009 Pollack, Jessica | 0.10<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 40.50 |
| 126636<br>7/6/2009<br>Billed<br>Telephone call with Mr. Kissane; e-mail Re:<br>contributions | TIME<br><br>G:19432 | DJP<br>Administrative<br>10/20/2009 Pollack, Jessica | 0.30<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 121.50 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 126660<br>7/8/2009<br>Billed<br>Telephone call with J. Pollack Re: exit strategy | TIME<br><br>G:19432 | DJP<br>Plan & Disc<br>10/20/2009 Pollack, Jessica | 0.50<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 202.50 |
| 126663<br>7/8/2009<br>Billed<br>Telephone call with K. Yudell Re: amounts owed to<br>Rumsey | TIME<br><br>G:19432 | DJP<br>Claims<br>10/20/2009 Pollack, Jessica | 0.30<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 121.50 |
| 126426<br>7/9/2009<br>Billed<br>E-mail to J. Pollack Re: US Trustee's requests | TIME<br><br>G:19432 | ECZ<br>Administrative<br>10/20/2009 Pollack, Jessica | 0.20<br>0.00<br>0.00<br>0.00 | 335.00<br>T@1 | 67.00 |
| 126422<br>7/9/2009<br>Billed<br>Prepare for and appear at 341 meeting | TIME<br><br>G:19432 | ECZ<br>Meeting<br>10/20/2009 Pollack, Jessica | 2.30<br>0.00<br>0.00<br>0.00 | 335.00<br>T@1 | 770.50 |
| 126465<br>7/14/2009<br>Billed<br>E-mails with J. Pollack Re: information needed for US<br>Trustee | TIME<br><br>G:19432 | ECZ<br>Administrative<br>10/20/2009 Pollack, Jessica | 0.20<br>0.00<br>0.00<br>0.00 | 335.00<br>T@1 | 67.00 |
| 126471<br>7/15/2009<br>Billed<br>E-mails with J. Pollack; review file; retrieve and<br>prepare documents for submission to US Trustee | TIME<br><br>G:19432 | ECZ<br>Administrative<br>10/20/2009 Pollack, Jessica | 0.50<br>0.00<br>0.00<br>0.00 | 335.00<br>T@1 | 167.50 |
| 126479<br>7/16/2009<br>Billed<br>Draft letter to G. Zipes; e-mails with J. Pollack | TIME<br><br>G:19432 | ECZ<br>Administrative<br>10/20/2009 Pollack, Jessica | 1.00<br>0.00<br>0.00<br>0.00 | 335.00<br>T@1 | 335.00 |
| 126488<br>7/17/2009<br>Billed<br>Telephone call with J. Pollack Re: bank balance | TIME<br><br>G:19432 | ECZ<br>Administrative<br>10/20/2009 Pollack, Jessica | 0.10<br>0.00<br>0.00<br>0.00 | 335.00<br>T@1 | 33.50 |
| 126497<br>7/21/2009<br>Billed<br>E-mails with J. Pollack; review documents provided | TIME<br><br>G:19432 | ECZ<br>Administrative<br>10/20/2009 Pollack, Jessica | 0.20<br>0.00<br>0.00<br>0.00 | 335.00<br>T@1 | 67.00 |
| 126802<br>7/21/2009<br>Billed<br>Telephone call with P. Lewis Re: operating report | TIME<br><br>G:19432 | DJP<br>Administrative<br>10/20/2009 Pollack, Jessica | 0.20<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 81.00 |

| Slip ID Dates and Time Posting Status Description | Attorney Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 126505 TIME 7/22/2009 Billed G:19432 10/20/2009 Finalize and forward letter to US Trustee with documents | ECZ Administrative Pollack, Jessica | 0.40 0.00 0.00 0.00 | 335.00 T@1 | 134.00 |
| 126506 TIME 7/22/2009 Billed G:19432 10/20/2009 Review stock grant documents; discuss with D. Pick; e-mail to J. Pollack | ECZ Administrative Pollack, Jessica | 0.30 0.00 0.00 0.00 | 335.00 T@1 | 100.50 |
| 126874 TIME 7/27/2009 Billed G:19432 10/20/2009 Telephone call with P. Lewis Re: operating report | DJP Administrative Pollack, Jessica | 0.30 0.00 0.00 0.00 | 405.00 T@1 | 121.50 |
| 126998 TIME 7/27/2009 Billed G:19432 10/20/2009 Prepare, e-file and forward June operating report | NR Administrative Pollack, Jessica | 0.40 0.00 0.00 0.00 | 125.00 T@1 | 50.00 |
| 127614 TIME 8/11/2009 Billed G:19390 9/25/2009 Telephone call with J. Atkins Re: claim | DJP Claims Pollack, Jessica | 0.30 0.00 0.00 0.00 | 405.00 T@1 | 121.50 |
| 127615 TIME 8/11/2009 Billed G:19390 9/25/2009 Telephone call with J. Pollack Re: status | DJP Administrative Pollack, Jessica | 0.10 0.00 0.00 0.00 | 405.00 T@1 | 40.50 |
| 127628 TIME 8/14/2009 Billed G:19390 9/25/2009 Telephone call with J. Atkins | DJP Claims Pollack, Jessica | 0.30 0.00 0.00 0.00 | 405.00 T@1 | 121.50 |
| 127686 TIME 8/21/2009 Billed G:19390 9/25/2009 Prepare motion to convert chapter 11 case | DJP Motions Pollack, Jessica | 1.50 0.00 0.00 0.00 | 405.00 T@1 | 607.50 |
| 127687 TIME 8/21/2009 Billed G:19390 9/25/2009 Telephone call with J. Pollack Re: conversion of case | DJP Administrative Pollack, Jessica | 0.40 0.00 0.00 0.00 | 405.00 T@1 | 162.00 |
| 127702 TIME 8/21/2009 Billed G:19390 9/25/2009 Review and revise motion to convert case | DJP Motions Pollack, Jessica | 1.00 0.00 0.00 0.00 | 405.00 T@1 | 405.00 |

| Slip ID | | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 127791 | TIME | NR | 0.50 | 125.00 | 62.50 |
| 8/21/2009 | | Administrative | 0.00 | T@1 | |
| Billed | G:19390 | 9/25/2009 Pollack, Jessica | 0.00 | | |
| Finalize, prepare, serve and e-file motion to convert case | | | 0.00 | | |
| 128370 | TIME | DJP | 0.10 | 405.00 | 40.50 |
| 9/4/2009 | | Administrative | 0.00 | T@1 | |
| Billed | G:19502 | 10/20/2009 Pollack, Jessica | 0.00 | | |
| Telephone call with J. Pollack Re: conversion of case | | | 0.00 | | |
| 128371 | TIME | DJP | 0.50 | 405.00 | 202.50 |
| 9/4/2009 | | Administrative | 0.00 | T@1 | |
| Billed | G:19502 | 10/20/2009 Pollack, Jessica | 0.00 | | |
| Telephone call with accountant Re: operating report | | | 0.00 | | |
| 128380 | TIME | DJP | 0.30 | 405.00 | 121.50 |
| 9/8/2009 | | Administrative | 0.00 | T@1 | |
| Billed | G:19502 | 10/20/2009 Pollack, Jessica | 0.00 | | |
| Telephone call with G. Zipes Re: conversion | | | 0.00 | | |
| 128553 | TIME | NR | 0.30 | 125.00 | 37.50 |
| 9/8/2009 | | Administrative | 0.00 | T@1 | |
| Billed | G:19502 | 10/20/2009 Pollack, Jessica | 0.00 | | |
| E-file and serve application and proposed order to convert case | | | 0.00 | | |
| 128402 | TIME | DJP | 0.30 | 405.00 | 121.50 |
| 9/10/2009 | | Administrative | 0.00 | T@1 | |
| Billed | G:19502 | 10/20/2009 Pollack, Jessica | 0.00 | | |
| Telephone calls with J. Atkins and G. Zipes Re: conversion of case | | | 0.00 | | |
| 128408 | TIME | DJP | 0.30 | 405.00 | 121.50 |
| 9/10/2009 | | Administrative | 0.00 | T@1 | |
| Billed | G:19502 | 10/20/2009 Pollack, Jessica | 0.00 | | |
| Telephone call with J. Pollack Re: status | | | 0.00 | | |
| 128448 | TIME | DJP | 0.20 | 405.00 | 81.00 |
| 9/17/2009 | | Administrative | 0.00 | T@1 | |
| Billed | G:19502 | 10/20/2009 Pollack, Jessica | 0.00 | | |
| Telephone call with J. Pollack Re: affidavit | | | 0.00 | | |
| 128452 | TIME | DJP | 0.30 | 405.00 | 121.50 |
| 9/17/2009 | | Motions | 0.00 | T@1 | |
| Billed | G:19502 | 10/20/2009 Pollack, Jessica | 0.00 | | |
| Prepare affidavit for US Trustee's office | | | 0.00 | | |
| 128447 | TIME | DJP | 0.50 | 405.00 | 202.50 |
| 9/17/2009 | | Administrative | 0.00 | T@1 | |
| Billed | G:19502 | 10/20/2009 Pollack, Jessica | 0.00 | | |
| Telephone calls with J. Atkins and G. Zipes | | | 0.00 | | |

| Slip ID | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| 128456 TIME | DJP | 0.50 | 405.00 | 202.50 |
| 9/18/2009 | Motions | 0.00 | T@1 | |
| Billed G:19502 | 10/20/2009 Pollack, Jessica | 0.00 | | |
| Revise affidavit for US Trustee; e-mails Re: Signature Bank | | 0.00 | | |
| 128472 TIME | DJP | 0.50 | 405.00 | 202.50 |
| 9/21/2009 | Motions | 0.00 | T@1 | |
| Billed G:19502 | 10/20/2009 Pollack, Jessica | 0.00 | | |
| Telephone call with J. Atkins Re: conversion | | 0.00 | | |
| 128559 TIME | NR | 0.40 | 125.00 | 50.00 |
| 9/22/2009 | Administrative | 0.00 | T@1 | |
| Billed G:19502 | 10/20/2009 Pollack, Jessica | 0.00 | | |
| E-file and forward affidavit in response to US Trustee motion to dismiss | | 0.00 | | |
| 128481 TIME | DJP | 0.40 | 405.00 | 162.00 |
| 9/22/2009 | Motions | 0.00 | T@1 | |
| Billed G:19502 | 10/20/2009 Pollack, Jessica | 0.00 | | |
| Telephone calls with J. Aronauer and J. Atkins | | 0.00 | | |
| 128483 TIME | DJP | 0.30 | 405.00 | 121.50 |
| 9/22/2009 | Motions | 0.00 | T@1 | |
| Billed G:19502 | 10/20/2009 Pollack, Jessica | 0.00 | | |
| Telephone call with G. Zipes | | 0.00 | | |
| 128495 TIME | DJP | 0.30 | 405.00 | 121.50 |
| 9/23/2009 | Administrative | 0.00 | T@1 | |
| Billed G:19502 | 10/20/2009 Pollack, Jessica | 0.00 | | |
| Telephone call with J. Pollack Re: status update | | 0.00 | | |
| 128504 TIME | DJP | 0.30 | 405.00 | 121.50 |
| 9/25/2009 | Motions | 0.00 | T@1 | |
| Billed G:19502 | 10/20/2009 Pollack, Jessica | 0.00 | | |
| Telephone calls with J. Aronauer and J. Atkins | | 0.00 | | |
| 128514 TIME | DJP | 0.10 | 405.00 | 40.50 |
| 9/28/2009 | Motions | 0.00 | T@1 | |
| Billed G:19502 | 10/20/2009 Pollack, Jessica | 0.00 | | |
| Telephone call with G. Zipes Re: conversion | | 0.00 | | |
| 128562 TIME | NR | 0.60 | 125.00 | 75.00 |
| 9/29/2009 | Administrative | 0.00 | T@1 | |
| Billed G:19502 | 10/20/2009 Pollack, Jessica | 0.00 | | |
| Prepare, serve and e-file notice of proposed order converting case; affidavit of service | | 0.00 | | |
| 128521 TIME | DJP | 0.30 | 405.00 | 121.50 |
| 9/29/2009 | Motions | 0.00 | T@1 | |
| Billed G:19502 | 10/20/2009 Pollack, Jessica | 0.00 | | |
| Telephone call with G. Zipes Re: conversion | | 0.00 | | |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 128522<br>9/29/2009<br>Billed<br>Revise order converting case; prepare notice of<br>settlement | TIME<br><br>G:19502 | DJP<br>Motions<br>10/20/2009 Pollack, Jessica | 0.70<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 283.50 |
| 129108<br>10/7/2009<br>Billed<br>Telephone call with J. Pollack Re: motion to convert | TIME<br><br>G:19609 | DJP<br>Motions<br>11/25/2009 Pollack, Jessica | 0.30<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 121.50 |
| 129113<br>10/8/2009<br>Billed<br>Telephone call with J. Pollack; e-mail to J. Atkins Re:<br>objection to motion | TIME<br><br>G:19609 | DJP<br>Motions<br>11/25/2009 Pollack, Jessica | 0.50<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 202.50 |
| 129119<br>10/8/2009<br>Billed<br>Telephone call with J. Atkins Re: discovery and<br>hearing | TIME<br><br>G:19609 | DJP<br>Motions<br>11/25/2009 Pollack, Jessica | 0.40<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 162.00 |
| 129298<br>10/8/2009<br>Billed<br>Draft, e-file and forward letter to court Re: status of<br>motion to convert | TIME<br><br>G:19609 | NR<br>Administrative<br>11/25/2009 Pollack, Jessica | 0.50<br>0.00<br>0.00<br>0.00 | 125.00<br>T@1 | 62.50 |
| 129126<br>10/9/2009<br>Billed<br>Telephone calls with J. Pollack and J. Atkins | TIME<br><br>G:19609 | DJP<br>Motions<br>11/25/2009 Pollack, Jessica | 0.30<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 121.50 |
| 129136<br>10/12/2009<br>Billed<br>Telephone calls (2) with G. Zipes Re: affidavit | TIME<br><br>G:19609 | DJP<br>Motions<br>11/25/2009 Pollack, Jessica | 0.40<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 162.00 |
| 129169<br>10/15/2009<br>Billed<br>Telephone call with J. Atkins | TIME<br><br>G:19609 | DJP<br>Motions<br>11/25/2009 Pollack, Jessica | 0.20<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 81.00 |
| 129180<br>10/15/2009<br>Billed<br>Telephone call with T. Kissane | TIME<br><br>G:19609 | DJP<br>Motions<br>11/25/2009 Pollack, Jessica | 0.30<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 121.50 |
| 129198<br>10/19/2009<br>Billed<br>Telephone calls with J. Pollack and C. Desberg;<br>e-mail to J. Atkins | TIME<br><br>G:19609 | DJP<br>Motions<br>11/25/2009 Pollack, Jessica | 0.50<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 202.50 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 129212<br>10/21/2009<br>Billed<br>Follow up calls with J. Atkins and G. Zipes | TIME<br><br>G:19609 | DJP<br>Motions<br>11/25/2009 Pollack, Jessica | 0.30<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 121.50 |
| 129243<br>10/26/2009<br>Billed<br>Prepare and circulate scheduling order | TIME<br><br>G:19609 | DJP<br>Motions<br>11/25/2009 Pollack, Jessica | 0.50<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 202.50 |
| 129256<br>10/27/2009<br>Billed<br>Telephone calls with J. Atkins and J. Pollack Re:<br>status | TIME<br><br>G:19609 | DJP<br>Motions<br>11/25/2009 Pollack, Jessica | 0.50<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 202.50 |
| 129280<br>10/30/2009<br>Billed<br>Telephone call with J. Pollack Re: status | TIME<br><br>G:19609 | DJP<br>Administrative<br>11/25/2009 Pollack, Jessica | 0.20<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 81.00 |
| 129749<br>11/5/2009<br>Billed<br>Telephone call with Mr. Yudell | TIME<br><br>G:19709 | DJP<br>Administrative<br>12/18/2009 Pollack, Jessica | 0.30<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 121.50 |
| 129781<br>11/11/2009<br>Billed<br>Telephone call with J. Aronauer | TIME<br><br>G:19709 | DJP<br>Plan & Disc<br>12/18/2009 Pollack, Jessica | 0.10<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 40.50 |
| 129832<br>11/18/2009<br>Billed<br>Telephone calls and e-mails with debtor and J. Atkins<br>Re: 2% plan | TIME<br><br>G:19709 | DJP<br>Plan & Disc<br>12/18/2009 Pollack, Jessica | 0.60<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 243.00 |
| 129836<br>11/19/2009<br>Billed<br>E-mails with J. Atkins and client Re: plan terms | TIME<br><br>G:19709 | DJP<br>Plan & Disc<br>12/18/2009 Pollack, Jessica | 1.00<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 405.00 |
| 129839<br>11/19/2009<br>Billed<br>Prepare for and attend hearing on conversion motion | TIME<br><br>G:19709 | DJP<br>Hearing<br>12/18/2009 Pollack, Jessica | 2.30<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 931.50 |
| 129841<br>11/19/2009<br>Billed<br>Telephone call with debtor Re: hearing and plan | TIME<br><br>G:19709 | DJP<br>Administrative<br>12/18/2009 Pollack, Jessica | 0.60<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 243.00 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | | Attorney<br>Activity<br>Client<br>Reference | | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 129958<br>11/19/2009<br>Billed | TIME<br><br>G:19709 | NR<br>Administrative<br>12/18/2009 | Pollack, Jessica | 0.30<br>0.00<br>0.00 | 125.00<br>T@1 | 37.50 |
| Draft and e-file letter to court withdrawing motion | | | | 0.00 | | |
| 129877<br>11/23/2009<br>Billed | TIME<br><br>G:19709 | DJP<br>Plan & Disc<br>12/18/2009 | Pollack, Jessica | 0.40<br>0.00<br>0.00 | 405.00<br>T@1 | 162.00 |
| Telephone call with J. Atkins Re: dismissal v. plan | | | | 0.00 | | |
| 129878<br>11/23/2009<br>Billed | TIME<br><br>G:19709 | DJP<br>Administrative<br>12/18/2009 | Pollack, Jessica | 0.40<br>0.00<br>0.00 | 405.00<br>T@1 | 162.00 |
| Telephone call with H. Fielstein Re: tax implications | | | | 0.00 | | |
| 129689<br>11/24/2009<br>Billed | TIME<br><br>G:19709 | ECZ<br>Plan & Disc<br>12/18/2009 | Pollack, Jessica | 2.00<br>0.00<br>0.00 | 335.00<br>T@1 | 670.00 |
| Begin drafting plan and disclosure statement | | | | 0.00 | | |
| 129885<br>11/24/2009<br>Billed | TIME<br><br>G:19709 | DJP<br>Administrative<br>12/18/2009 | Pollack, Jessica | 0.30<br>0.00<br>0.00 | 405.00<br>T@1 | 121.50 |
| Telephone call with P. Lewis Re: operating reports | | | | 0.00 | | |
| 129691<br>11/25/2009<br>Billed | TIME<br><br>G:19709 | ECZ<br>Plan & Disc<br>12/18/2009 | Pollack, Jessica | 2.00<br>0.00<br>0.00 | 335.00<br>T@1 | 670.00 |
| Continue drafting plan and disclosure statement | | | | 0.00 | | |
| 130455<br>12/1/2009<br>Billed | TIME<br><br>G:19828 | DJP<br>Plan & Disc<br>1/25/2010 | Pollack, Jessica | 1.50<br>0.00<br>0.00 | 405.00<br>T@1 | 607.50 |
| Revise plan and disclosure statement | | | | 0.00 | | |
| 130457<br>12/1/2009<br>Billed | TIME<br><br>G:19828 | DJP<br>Plan & Disc<br>1/25/2010 | Pollack, Jessica | 0.10<br>0.00<br>0.00 | 405.00<br>T@1 | 40.50 |
| Telephone call with G. Zipes Re: plan and disclosure<br>statement | | | | 0.00 | | |
| 130464<br>12/2/2009<br>Billed | TIME<br><br>G:19828 | DJP<br>Plan & Disc<br>1/25/2010 | Pollack, Jessica | 0.30<br>0.00<br>0.00 | 405.00<br>T@1 | 121.50 |
| Telephone call with P. Lewis Re: projections | | | | 0.00 | | |
| 130481<br>12/4/2009<br>Billed | TIME<br><br>G:19828 | DJP<br>Plan & Disc<br>1/25/2010 | Pollack, Jessica | 0.50<br>0.00<br>0.00 | 405.00<br>T@1 | 202.50 |
| Telephone call with P. Lewis Re: projections and<br>liquidation analysis | | | | 0.00 | | |

| Slip ID Dates and Time Posting Status Description | Attorney Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 130482         TIME 12/4/2009 Billed           G:19828 Review and forward tax returns to accountant | DJP Administrative 1/25/2010 Pollack, Jessica | 0.30 0.00 0.00 0.00 | 405.00 T@1 | 121.50 |
| 130494         TIME 12/4/2009 Billed           G:19828 Review operating reports; telephone call with Debtor | DJP Administrative 1/25/2010 Pollack, Jessica | 0.50 0.00 0.00 0.00 | 405.00 T@1 | 202.50 |
| 130495         TIME 12/4/2009 Billed           G:19828 Telephone call with P. Lewis Re: operating reports | DJP Administrative 1/25/2010 Pollack, Jessica | 0.30 0.00 0.00 0.00 | 405.00 T@1 | 121.50 |
| 130728         TIME 12/8/2009 Billed           G:19828 Prepare and e-file operating reports | NR Administrative 1/25/2010 Pollack, Jessica | 0.30 0.00 0.00 0.00 | 125.00 T@1 | 37.50 |
| 130525         TIME 12/8/2009 Billed           G:19828 Review draft projections; e-mails with accountant | DJP Plan & Disc 1/25/2010 Pollack, Jessica | 0.30 0.00 0.00 0.00 | 405.00 T@1 | 121.50 |
| 130531         TIME 12/8/2009 Billed           G:19828 Telephone call with P. Lewis Re: projections and liquidation analysis | DJP Plan & Disc 1/25/2010 Pollack, Jessica | 0.30 0.00 0.00 0.00 | 405.00 T@1 | 121.50 |
| 130542         TIME 12/9/2009 Billed           G:19828 Telephone call with C. Desberg Re: Signature Bank | DJP Claims 1/25/2010 Pollack, Jessica | 0.30 0.00 0.00 0.00 | 405.00 T@1 | 121.50 |
| 130557         TIME 12/10/2009 Billed           G:19828 Telephone call with Debtor Re: status | DJP Administrative 1/25/2010 Pollack, Jessica | 0.30 0.00 0.00 0.00 | 405.00 T@1 | 121.50 |
| 130550         TIME 12/10/2009 Billed           G:19828 E-mails with Debtor and accountant Re: plan and operating reports | DJP Plan & Disc 1/25/2010 Pollack, Jessica | 0.50 0.00 0.00 0.00 | 405.00 T@1 | 202.50 |
| 130578         TIME 12/11/2009 Billed           G:19828 Telephone call with P. Lewis Re: operating reports | DJP Administrative 1/25/2010 Pollack, Jessica | 0.30 0.00 0.00 0.00 | 405.00 T@1 | 121.50 |

| Slip ID | | Attorney | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 130590 | TIME | DJP | 0.30 | 405.00 | 121.50 |
| 12/11/2009 | | Plan & Disc | 0.00 | T@1 | |
| Billed | G:19828 | 1/25/2010 Pollack, Jessica | 0.00 | | |
| Telephone call with J. Atkins | | | 0.00 | | |
| 130593 | TIME | DJP | 0.50 | 405.00 | 202.50 |
| 12/11/2009 | | Plan & Disc | 0.00 | T@1 | |
| Billed | G:19828 | 1/25/2010 Pollack, Jessica | 0.00 | | |
| Telephone call with P. Lewis Re: projections | | | 0.00 | | |
| 130598 | TIME | DJP | 0.60 | 405.00 | 243.00 |
| 12/14/2009 | | Plan & Disc | 0.00 | T@1 | |
| Billed | G:19828 | 1/25/2010 Pollack, Jessica | 0.00 | | |
| Revise plan and disclosure statement | | | 0.00 | | |
| 130599 | TIME | DJP | 1.00 | 405.00 | 405.00 |
| 12/14/2009 | | Plan & Disc | 0.00 | T@1 | |
| Billed | G:19828 | 1/25/2010 Pollack, Jessica | 0.00 | | |
| Prepare motion to set hearing on disclosure statement | | | 0.00 | | |
| 130603 | TIME | DJP | 0.50 | 405.00 | 202.50 |
| 12/14/2009 | | Plan & Disc | 0.00 | T@1 | |
| Billed | G:19828 | 1/25/2010 Pollack, Jessica | 0.00 | | |
| Telephone call with P. Lewis Re: projections and liquidation analysis | | | 0.00 | | |
| 130608 | TIME | DJP | 1.00 | 405.00 | 405.00 |
| 12/14/2009 | | Plan & Disc | 0.00 | T@1 | |
| Billed | G:19828 | 1/25/2010 Pollack, Jessica | 0.00 | | |
| Finalize plan and disclosure statement and motion to set hearing | | | 0.00 | | |
| 130737 | TIME | NR | 0.20 | 125.00 | 25.00 |
| 12/15/2009 | | Administrative | 0.00 | T@1 | |
| Billed | G:19828 | 1/25/2010 Pollack, Jessica | 0.00 | | |
| Draft and e-file letter Re: adjournment | | | 0.00 | | |
| 130739 | TIME | NR | 0.70 | 125.00 | 87.50 |
| 12/16/2009 | | Administrative | 0.00 | T@1 | |
| Billed | G:19828 | 1/25/2010 Pollack, Jessica | 0.00 | | |
| E-file and forward plan, disclosure statement and motion | | | 0.00 | | |
| 130281 | TIME | ECZ | 1.10 | 335.00 | 368.50 |
| 12/16/2009 | | Plan & Disc | 0.00 | T@1 | |
| Billed | G:19828 | 1/25/2010 Pollack, Jessica | 0.00 | | |
| Discussion with D. Pick; revise plan and disclosure statement Re: financed vehicle | | | 0.00 | | |
| 130629 | TIME | DJP | 1.00 | 405.00 | 405.00 |
| 12/16/2009 | | Plan & Disc | 0.00 | T@1 | |
| Billed | G:19828 | 1/25/2010 Pollack, Jessica | 0.00 | | |
| Finalize and file plan and related documents | | | 0.00 | | |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 130620        TIME<br>12/16/2009<br>Billed        G:19828        1/25/2010<br>Telephone call with J. Pollack Re: car loan and<br>documentation | DJP<br>Claims<br>Pollack, Jessica | 0.50<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 202.50 |
| 130748        TIME<br>12/22/2009<br>Billed        G:19828        1/25/2010<br>Prepare affidavit of service Re: disclosure statement<br>hearing | NR<br>Administrative<br>Pollack, Jessica | 0.20<br>0.00<br>0.00<br>0.00 | 125.00<br>T@1 | 25.00 |
| 130688        TIME<br>12/28/2009<br>Billed        G:19828        1/25/2010<br>Prepare proposed order on disclosure statement | DJP<br>Plan & Disc<br>Pollack, Jessica | 0.50<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 202.50 |
| 131479        TIME<br>1/27/2010<br>Billed        G:19948        2/23/2010<br>Prepare for and appear at hearing on disclosure<br>statement | DJP<br>Hearing<br>Pollack, Jessica | 1.50<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 607.50 |
| 131488        TIME<br>1/27/2010<br>Billed        G:19948        2/23/2010<br>Telephone calls with J. Atkins and G. Zipes | DJP<br>Plan & Disc<br>Pollack, Jessica | 0.30<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 121.50 |
| 131909        TIME<br>2/1/2010<br>Billed        G:20057        3/25/2010<br>Telephone calls with J. Pollack and G. Zipes Re:<br>settlement proposal | DJP<br>Claims<br>Pollack, Jessica | 0.50<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 202.50 |
| 131676        TIME<br>2/3/2010<br>Billed        G:20057        3/25/2010<br>Prepare, forward and e-file December operating<br>report; letter to trustee | NR<br>Administrative<br>Pollack, Jessica | 0.40<br>0.00<br>0.00<br>0.00 | 125.00<br>T@1 | 50.00 |
| 131669        TIME<br>2/5/2010<br>Billed        G:20057        3/25/2010<br>Telephone call with counsel to Signature Bank Re:<br>stipulation | DJP<br>Claims<br>Pollack, Jessica | 0.30<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 121.50 |
| 131668        TIME<br>2/5/2010<br>Billed        G:20057        3/25/2010<br>E-mails with G. Zipes Re: dismissal v. plan<br>confirmation | DJP<br>Motions<br>Pollack, Jessica | 0.30<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 121.50 |

| Slip ID / Dates and Time / Posting Status / Description | | Attorney / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|
| 131971 2/5/2010 Billed G:20057 Telephone call with counsel to Signature Bank | TIME 3/25/2010 | DJP Claims Pollack, Jessica | 0.30 0.00 0.00 0.00 | 405.00 T@1 | 121.50 |
| 131962 2/5/2010 Billed G:20057 E-mails with G. Zipes Re: dismissal v. plan | TIME 3/25/2010 | DJP Administrative Pollack, Jessica | 0.30 0.00 0.00 0.00 | 405.00 T@1 | 121.50 |
| 131670 2/8/2010 Billed G:20057 Revise stipulation of settlement | TIME 3/25/2010 | DJP Claims Pollack, Jessica | 0.60 0.00 0.00 0.00 | 405.00 T@1 | 243.00 |
| 131671 2/8/2010 Billed G:20057 Revise motion to dismiss chapter 11 case | TIME 3/25/2010 | DJP Motions Pollack, Jessica | 0.60 0.00 0.00 0.00 | 405.00 T@1 | 243.00 |
| 131672 2/9/2010 Billed G:20057 Telephone calls with J. Aronauer and C. Desberg Re: stipulation | TIME 3/25/2010 | DJP Claims Pollack, Jessica | 0.40 0.00 0.00 0.00 | 405.00 T@1 | 162.00 |
| 131677 2/9/2010 Billed G:20057 E-file and forward November operating report; letter to US Trustee | TIME 3/25/2010 | NR Administrative Pollack, Jessica | 0.40 0.00 0.00 0.00 | 125.00 T@1 | 50.00 |
| 131675 2/17/2010 Billed G:20057 E-mails with J. Pollack and D. Pick Re: stipulation | TIME 3/25/2010 | ECZ Claims Pollack, Jessica | 0.20 0.00 0.00 0.00 | 335.00 T@1 | 67.00 |
| 131678 2/17/2010 Billed G:20057 Prepare, e-file and serve letter confirming adjournment of hearing and status conference | TIME 3/25/2010 | NR Administrative Pollack, Jessica | 0.30 0.00 0.00 0.00 | 125.00 T@1 | 37.50 |
| 131673 2/23/2010 Billed G:20057 Telephone call with J. Aronauer Re: stipulation | TIME 3/25/2010 | DJP Claims Pollack, Jessica | 0.20 0.00 0.00 0.00 | 405.00 T@1 | 81.00 |
| 131674 2/25/2010 Billed G:20057 Telephone call with J. Rumsey Re: stipulation | TIME 3/25/2010 | DJP Claims Pollack, Jessica | 0.30 0.00 0.00 0.00 | 405.00 T@1 | 121.50 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 133006<br>3/2/2010<br>Billed<br>Revise settlement stipulation | TIME<br><br>G:20178 | NR<br>Administrative<br>4/23/2010 Pollack, Jessica | 0.20<br>0.00<br>0.00<br>0.00 | 125.00<br>T@1 | 25.00 |
| 131679<br>3/2/2010<br>Billed<br>Revise and circulate stipulation of settlement | TIME<br><br>G:20178 | DJP<br>Claims<br>4/23/2010 Pollack, Jessica | 0.50<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 202.50 |
| 131680<br>3/4/2010<br>Billed<br>Telephone call with P. Lewis Re: operating reports | TIME<br><br>G:20178 | DJP<br>Administrative<br>4/23/2010 Pollack, Jessica | 0.20<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 81.00 |
| 131681<br>3/5/2010<br>Billed<br>Finalize motion to dismiss case | TIME<br><br>G:20178 | DJP<br>Motions<br>4/23/2010 Pollack, Jessica | 1.00<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 405.00 |
| 133012<br>3/8/2010<br>Billed<br>Serve and e-file dismissal motion and affidavit of<br>service | TIME<br><br>G:20178 | NR<br>Administrative<br>4/23/2010 Pollack, Jessica | 0.20<br>0.00<br>0.00<br>0.00 | 125.00<br>T@1 | 25.00 |
| 133011<br>3/8/2010<br>Billed<br>Telephone call with chambers; finalize notice Re:<br>dismissal motion | TIME<br><br>G:20178 | NR<br>Administrative<br>4/23/2010 Pollack, Jessica | 0.30<br>0.00<br>0.00<br>0.00 | 125.00<br>T@1 | 37.50 |
| 132539<br>3/9/2010<br>Billed<br>Review open fees and expenses | TIME<br><br>G:20178 | ECZ<br>Claims<br>4/23/2010 Pollack, Jessica | 0.30<br>0.00<br>0.00<br>0.00 | 335.00<br>T@1 | 100.50 |
| 132817<br>3/10/2010<br>Billed<br>Telephone call with J. Pollack Re: Status | TIME<br><br>G:20178 | DJP<br>Administrative<br>4/23/2010 Pollack, Jessica | 0.30<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 121.50 |
| 132940<br>3/25/2010<br>Billed<br>Telephone call with J. Pollack Re: funds needed to<br>close case | TIME<br><br>G:20178 | DJP<br>Administrative<br>4/23/2010 Pollack, Jessica | 0.10<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 40.50 |
| 132973<br>3/29/2010<br>Billed<br>Telephone call and e-mails with J. Pollack Re:<br>dismissal of case | TIME<br><br>G:20178 | DJP<br>Administrative<br>4/23/2010 Pollack, Jessica | 0.30<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 121.50 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 132989<br>3/31/2010<br>Billed<br>Telephone call with J. Pollack; research Re: tax<br>consequences of dismissal | TIME<br><br>G:20178 | DJP<br>Claims<br>4/23/2010 Pollack, Jessica | | 0.60<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 243.00 |
| 133047<br>3/31/2010<br>Billed<br>Telephone call with court; draft and e-file letter Re:<br>adjournment | TIME<br><br>G:20178 | NR<br>Administrative<br>4/23/2010 Pollack, Jessica | | 0.40<br>0.00<br>0.00<br>0.00 | 125.00<br>T@1 | 50.00 |
| 133299<br>4/1/2010<br>Billed<br>Draft letter in response to request from US Trustee;<br>revise | TIME<br><br>G:20290 | ECZ<br>Administrative<br>5/28/2010 Pollack, Jessica | | 0.50<br>0.00<br>0.00<br>0.00 | 335.00<br>T@1 | 167.50 |
| 133832<br>4/1/2010<br>Billed<br>E-file letter in response to US Trustee letter | TIME<br><br>G:20290 | NR<br>Administrative<br>5/28/2010 Pollack, Jessica | | 0.10<br>0.00<br>0.00<br>0.00 | 125.00<br>T@1 | 12.50 |
| 133585<br>4/5/2010<br>Billed<br>Telephone call with J. Pollack and R. Wiener Re: tax<br>issues | TIME<br><br>G:20290 | DJP<br>Claims<br>5/28/2010 Pollack, Jessica | | 0.30<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 121.50 |
| 133593<br>4/6/2010<br>Billed<br>Draft letter to J. Atkins Re: tax issues | TIME<br><br>G:20290 | DJP<br>Claims<br>5/28/2010 Pollack, Jessica | | 0.30<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 121.50 |
| 133654<br>4/12/2010<br>Billed<br>E-mails with Debtor Re: reply from J. Atkins | TIME<br><br>G:20290 | DJP<br>Claims<br>5/28/2010 Pollack, Jessica | | 0.20<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 81.00 |
| 133656<br>4/12/2010<br>Billed<br>Telephone call with G. Zipes Re: reply from J. Atkins | TIME<br><br>G:20290 | DJP<br>Claims<br>5/28/2010 Pollack, Jessica | | 0.40<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 162.00 |
| 133408<br>4/13/2010<br>Billed<br>Revise plan and disclosure statement | TIME<br><br>G:20290 | ECZ<br>Plan & Disc<br>5/28/2010 Pollack, Jessica | | 1.20<br>0.00<br>0.00<br>0.00 | 335.00<br>T@1 | 402.00 |
| 133685<br>4/14/2010<br>Billed<br>E-mails with J. Atkins Re: plan amendment | TIME<br><br>G:20290 | DJP<br>Plan & Disc<br>5/28/2010 Pollack, Jessica | | 0.30<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 121.50 |

| Slip ID Dates and Time Posting Status Description | | Attorney Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|
| 133853 4/20/2010 Billed Draft and e-file letter to court Re: adjournment of motion to dismiss | TIME G:20290 | NR Administrative 5/28/2010 Pollack, Jessica | 0.20 0.00 0.00 0.00 | 125.00 T@1 | 25.00 |
| 133471 4/21/2010 Billed Review transcript of disclosure statement hearing and D. Pick comments | TIME G:20290 | ECZ Plan & Disc 5/28/2010 Pollack, Jessica | 0.30 0.00 0.00 0.00 | 335.00 T@1 | 100.50 |
| 133736 4/21/2010 Billed Review transcript of disclosure statement hearing | TIME G:20290 | DJP Plan & Disc 5/28/2010 Pollack, Jessica | 0.30 0.00 0.00 0.00 | 405.00 T@1 | 121.50 |
| 133738 4/21/2010 Billed Telephone call with J. Pollack Re: disclosure statement | TIME G:20290 | DJP Plan & Disc 5/28/2010 Pollack, Jessica | 0.30 0.00 0.00 0.00 | 405.00 T@1 | 121.50 |
| 133745 4/21/2010 Billed Telephone call with accountant Re: projections and liquidation analysis | TIME G:20290 | DJP Plan & Disc 5/28/2010 Pollack, Jessica | 0.30 0.00 0.00 0.00 | 405.00 T@1 | 121.50 |
| 134327 5/4/2010 Billed Revise plan and disclosure statement | TIME G:20395 | DJP Plan & Disc 6/21/2010 Pollack, Jessica | 1.00 0.00 0.00 0.00 | 405.00 T@1 | 405.00 |
| 134349 5/6/2010 Billed Additional revision of disclosure statement;  revise projections and liquidation analysis | TIME G:20395 | DJP Plan & Disc 6/21/2010 Pollack, Jessica | 1.00 0.00 0.00 0.00 | 405.00 T@1 | 405.00 |
| 134226 5/10/2010 Billed Review revised disclosure statement and transcript of hearing | TIME G:20395 | ECZ Plan & Disc 6/21/2010 Pollack, Jessica | 0.40 0.00 0.00 0.00 | 335.00 T@1 | 134.00 |
| 134365 5/10/2010 Billed Telephone call with accountant Re: projections | TIME G:20395 | DJP Plan & Disc 6/21/2010 Pollack, Jessica | 0.30 0.00 0.00 0.00 | 405.00 T@1 | 121.50 |
| 134291 5/17/2010 Billed E-file and forward March operating report | TIME G:20395 | NR Administrative 6/21/2010 Pollack, Jessica | 0.40 0.00 0.00 0.00 | 125.00 T@1 | 50.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 134259<br>5/21/2010<br>Billed<br>Revise plan documents | TIME<br><br>G:20395 | ECZ<br>Plan & Disc<br>6/21/2010 Pollack, Jessica | | 3.00<br>0.00<br>0.00<br>0.00 | 335.00<br>T@1 | 1005.00 |
| 134462<br>5/22/2010<br>Billed<br>Review revised plan and disclosure statement; draft<br>letter to court | TIME<br><br>G:20395 | DJP<br>Plan & Disc<br>6/21/2010 Pollack, Jessica | | 0.80<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 324.00 |
| 134298<br>5/25/2010<br>Billed<br>Draft and e-file letter withdrawing motion to dismiss | TIME<br><br>G:20395 | NR<br>Administrative<br>6/21/2010 Pollack, Jessica | | 0.30<br>0.00<br>0.00<br>0.00 | 125.00<br>T@1 | 37.50 |
| 134297<br>5/25/2010<br>Billed<br>E-file and forward January and February operating<br>reports | TIME<br><br>G:20395 | NR<br>Administrative<br>6/21/2010 Pollack, Jessica | | 0.40<br>0.00<br>0.00<br>0.00 | 125.00<br>T@1 | 50.00 |
| 134473<br>5/28/2010<br>Billed<br>Follow up discussions with counsel Re: plan and<br>disclosure statement | TIME<br><br>G:20395 | DJP<br>Plan & Disc<br>6/21/2010 Pollack, Jessica | | 0.50<br>0.00<br>0.00<br>0.00 | 405.00<br>T@1 | 202.50 |
| 134813<br>6/16/2010<br>WIP<br>Telephone call with D. Meshkov; e-mail to accountant<br>Re: court comments on amended disclosure<br>statement/projections | TIME | ECZ<br>Plan & Disc<br>Pollack, Jessica | | 0.60<br>0.00<br>0.00<br>0.00 | 335.00<br>T@1 | 201.00 |
| 134814<br>6/17/2010<br>WIP<br>E-mails and telephone call with P. Lewis Re: changes<br>to projections | TIME | ECZ<br>Plan & Disc<br>Pollack, Jessica | | 0.30<br>0.00<br>0.00<br>0.00 | 335.00<br>T@1 | 100.50 |
| 134815<br>6/18/2010<br>WIP<br>Revise plan and disclosure statement per court's<br>comments; e-mails with accountant | TIME | ECZ<br>Plan & Disc<br>Pollack, Jessica | | 0.80<br>0.00<br>0.00<br>0.00 | 335.00<br>T@1 | 268.00 |
| 134811<br>6/22/2010<br>WIP<br>E-file and forward amended plan documents | TIME | NR<br>Administrative<br>Pollack, Jessica | | 0.40<br>0.00<br>0.00<br>0.00 | 125.00<br>T@1 | 50.00 |

| Slip ID Dates and Time Posting Status Description | Attorney Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 134816          TIME 6/24/2010 WIP Telephone call with D. Meshkov; e-mail Re: ballot and disclosure statement order | ECZ Plan & Disc Pollack, Jessica | 0.20 0.00 0.00 0.00 | 335.00 T@1 | 67.00 |
| 134812          TIME 6/25/2010 WIP E-file and forward April and May operating reports | NR Administrative Pollack, Jessica | 0.40 0.00 0.00 0.00 | 125.00 T@1 | 50.00 |
| 134817          TIME 6/28/2010 WIP Telephone call with court; e-mails with accountant Re: disclosure statement/projections | ECZ Plan & Disc Pollack, Jessica | 0.10 0.00 0.00 0.00 | 335.00 T@1 | 33.50 |
| 134818          TIME 6/28/2010 WIP Prepare plan solicitation package for service | ECZ Plan & Disc Pollack, Jessica | 0.50 0.00 0.00 0.00 | 335.00 T@1 | 167.50 |
| 134819          TIME 6/29/2010 WIP Finalize and serve plan solicitation package; prepare and e-file affidavit of service; letter to court; e-file revised projections | ECZ Plan & Disc Pollack, Jessica | 0.60 0.00 0.00 0.00 | 335.00 T@1 | 201.00 |
| 134820          TIME 6/29/2010 WIP Prepare fee application hearing notice; review billing records; e-mails with accountant | ECZ Professional Pollack, Jessica | 0.30 0.00 0.00 0.00 | 335.00 T@1 | 100.50 |
| 134821          TIME 6/30/2010 WIP Draft final fee application Re: P&Z | ECZ Professional Pollack, Jessica | 2.00 0.00 0.00 0.00 | 335.00 T@1 | 670.00 |
| 134822          TIME 6/30/2010 WIP Prepare final fee application Re: accountant | ECZ Professional Pollack, Jessica | 1.00 0.00 0.00 0.00 | 335.00 T@1 | 335.00 |

| Grand Total | | | | |
|---|---|---|---|---|
| | Billable | 89.80 | | 31336.00 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 89.80 | | 31336.00 |

# PICK & ZABICKI LLP

## SUMMARY OF REIMBURSABLE EXPENSES: MAY 22, 2009 THROUGH JUNE 30, 2010

Re:  *Jessica Glass Pollack; Chapter 11 Case No. 09-13322 (JMP)*

| Postage | Photocopying ($0.20/page) | Fax ($1.00/page) | FedEx | Transportation | Filing Fee | Telephone | Pacer |
|---------|---------------------------|------------------|--------|----------------|------------|-----------|--------|
| $117.93 | $189.40 | $118.00 | $25.50 | $13.00 | $1,039.00 | $7.00 | $41.00 |

| | Total |
|---|---|
| | $1,550.83 |

Douglas J. Pick, Esq.
Eric C. Zabicki, Esq.
**PICK & ZABICKI LLP**
Counsel to the Debtor
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

Hearing Date:   **August 5, 2010**
Time:    **10:00 a.m.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                    Chapter 11
JESSICA GLASS POLLACK,           Case No.: 09-13322 (JMP)

                 Debtor.
----------------------------------------------------------x

## CERTIFICATION OF FIRST AND FINAL APPLICATION OF PICK & ZABICKI LLP FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED AS COUNSEL TO THE DEBTOR

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to the Guidelines for Reviewing Applications for Compensation and

Reimbursement of Expenses Filed Under 11 U.S.C. §330 adopted by the Executive Office for the

United States Trustees on March 22, 1995, and the Clarification and Amendment Regarding the Fee

Guidelines, adopted by the Executive Office for United States Trustees, as such Apply to Cases filed

in the Judicial Districts of New York, Connecticut and Vermont -- Region 2 issued by the United

States Trustee for Region 2 on May 10, 1995, and this Court's Administrative Order M - 389 titled

Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York

Bankruptcy Cases (collectively, the "Guidelines"), the undersigned, a member of the firm Pick &

Zabicki LLP ("P&Z"), hereby certifies with respect to P&Z's first and final application filed on June

30, 2010 (the "Application"), for an allowance of compensation and for reimbursement of expenses

for services rendered as counsel to Jessica Glass Pollack, the debtor and debtor-in-possession herein (the "Debtor"), as follows:

## A.    Certification

1.    I am the "Certifying Professional" as defined in the Guidelines. I have read the Application, and certify that to the best of my knowledge, information and belief, formed after reasonable inquiry, except as specifically indicated to the contrary, (a) the Application complies with the Guidelines, (b) the fees and disbursements sought by P&Z for this compensation period fall within the Guidelines, and (c) the fees and disbursements sought by P&Z, except to the extent prohibited by the Guidelines, are billed at rates, and in accordance with practices, customarily employed by P&Z and generally accepted by P&Z's clients.

2.    P&Z provided the Debtor with a statement of fees and disbursements accruing for each month during the course of this case.

3.    P&Z has provided the Debtor and the United States Trustee with a full copy of the Application, and a notice of the hearing in connection with the Application has been served upon all creditors and parties-in-interest.

4.    No agreement or understanding exists between P&Z and any other person for a division of compensation herein, and no agreement prohibited by 11 U.S.C. §504 and/or Federal Rule of Bankruptcy Procedure 2016 has been made.

## B.    Compliance with Specific Guidelines Regarding Time Records

5.    To the best of my knowledge, information and belief, formed after reasonable inquiry, P&Z complies with all of the Guidelines as to the recording of time by P&Z's professionals and para-professionals.

2

**C.**    **Description of Services Rendered**

      6.    I certify that the Application sets forth at the outset, in the accompanying summary schedules, as well as in the text of the Application: (a) the amount of fees and disbursements sought; (b) the time period covered by the Application; (c) the total professional and para-professional hours expended; and, further, that the schedules and the exhibits to the Application show; (d) the name of each professional and paraprofessional, with his or her position at P&Z; (e) the year that each professional was licensed to practice; and (f) the hours worked by each professional and paraprofessional.

**D.**    **Reimbursement for Expenses and Services**

      7.    In connection with P&Z's request for reimbursement of services and out-of-pocket expenses, I certify to the best of my knowledge, information and belief, formed after reasonable inquiry that: (a) P&Z has not included in the amounts billed a profit in providing those services for which reimbursement is sought in the Application; (b) P&Z has not included in the amounts billed for such services any amounts for amortization of the cost of any investment, equipment or capital outlay; and (c) amounts billed for purchases or services from outside third-party vendors are billed in amounts paid by P&Z to such vendors.

      8.    I also certify to the best of my knowledge, information and belief, formed after reasonable inquiry, the amounts requested in the Application for reimbursement of expenses fully comply with the Guidelines.

Dated: New York, New York
      June 30, 2010

                                  ERIC C. ZABICKI