UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re:                                                        Chapter 11

JESSICA GLASS POLLACK,                                         Case No.: 09-13322(JMP)

                        Debtor.
----------------------------------------------------------x

## ORDER GRANTING FIRST AND FINAL APPLICATIONS OF CHAPTER 11 PROFESSIONALS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED

Upon consideration of: (a) the application of Pick & Zabicki LLP for a first and final allowance of compensation for services rendered and for reimbursement of expenses incurred as counsel to Jessica Glass Pollack, the debtor and debtor-in-possession, (the "Debtor"); and (b) the application of Phillip B. Lewis & Company for a first and final allowance of compensation for services rendered as accountant to the Debtor (together, the "Applications"); and due and adequate notice of the Applications having been given pursuant to Federal Rule of Bankruptcy Procedure 2002(a)(6) and (c)(2) as evidenced by the affidavits of service of Deborah Harris dated June 30, 2010, July 2, 2010 and July 12, 2010; and after due deliberation thereon; and sufficient cause having been shown therefor, it is hereby

**ORDERED** that the Applications are granted to the extent set forth in Schedules "A" and "B" hereto.

Dated: New York, New York
          August 19, 2010

                                        /s/James M. Peck
                                        HON. JAMES M. PECK
                                        UNITED STATES BANKRUPTCY JUDGE

<u>**SCHEDULE "A"**</u>

<u>**CASE NUMBER**</u>**:**          **09-13322 (JMP)**

<u>**CASE NAME**</u>**:**     **Jessica Glass Pollack**

| Applicant | Application Date | Period | Fees Requested | Fees Awarded | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|
| Pick & Zabicki LLP (Counsel to the Debtor) | 6/30/10 | 05/22/09-08/05/10 | $32,146.00 | $32,146.00 | $1,550.83 | $1,550.83 |
| Phillip B. Lewis & Company (Accountant to the Debtor) | 7/09/10 | 05/22/09-08/05/10 | $11,900.00 | $11,900.00 | $-0- | $-0- |

<u>**DATE: 8/19/2010**</u>          **INITIALS: <u>/s/BRL</u>  (USBJ)**

1. Pick & Zabicki LLP will apply the Debtor's retainer balance totaling $11,614.50 against the fees and expenses awarded.

2. Phillip B. Lewis & Company will apply the Debtor's retainer of $2,000.00 against the fees awarded.

**SCHEDULE B**

**CASE NUMBER:**        **09-13322(JMP)**

**CASE NAME:**      **Jessica Glass Pollack**

### ALL FEE PERIODS (INCLUDING CURRENT PERIOD)

| Applicant | Total Fees Requested | Total Fees Awarded | Total Fees Paid/To Be Paid | Total Expenses Requested | Total Expenses Awarded | Total Expenses Paid/To Be Paid |
|---|---|---|---|---|---|---|
| Pick & Zabicki LLP (Counsel to the Debtor) | $32,146.00 | $32,146.00 | $32,146.00 | $1,550.83 | $1,550.83 | $1,550.83 |
| Phillip B. Lewis & Company (Accountant to the Debtor) | $11,900.00 | $11,900.00 | $0 | $0 | $0 | $0 |

**DATE: 8/19/2010**       **INITIALS: /s/BRL (USBJ)**