Douglas J. Pick  
Eric C. Zabicki  
**PICK & ZABICKI LLP**  
Counsel to the Debtor  
369 Lexington Avenue, 12th Floor  
New York, New York 10017  
(212) 695-6000

*Presentment Date: September 2, 2010*  
*Time: 12:00 p.m.*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------x  
In re:  
JESSICA GLASS POLLACK,

              Debtor.  
------------------------------------------------------------x

Chapter 11  
Case No.: 09-13322(JMP)

## NOTICE OF PRESENTMENT OF PROPOSED FINAL DECREE CLOSING CASE

    PLEASE TAKE NOTICE that upon the annexed application (the "Application") of Jessica Glass Pollack (the "Debtor"), for entry of a Final Decree closing the Chapter 11 case of the Debtor, the proposed Final Decree Closing Case annexed to the Application as *Exhibit "C"* (the "Proposed Final Decree") will be presented for signature to the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on September 2, 2010 at 12:00 noon (Prevailing Eastern Time).

    PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the Proposed Final Decree must be made in writing, state with particularity the grounds therefor, and (i) be filed with the United States Bankruptcy Court by registered users of the Bankruptcy Court's case filing system, and (ii) be filed by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format; with copies to be served upon the undersigned attorney so as to be actually received no later

than September 1, 2010 at 5:00 p.m.

PLEASE TAKE FURTHER NOTICE that if no objections are timely filed in accordance with the foregoing, the Court may enter the Proposed Final Decree without a hearing. If an objection is filed, you will be notified of a hearing to consider the Motion in the event the Court determines a hearing is necessary.

Dated: New York, New York
       August 24, 2010

                              PICK & ZABICKI, LLP
                              Counsel to the Debtor

By: _____
     Douglas J. Pick, Esq.
     369 Lexington Avenue, 12th Floor
     New York, New York 10017
     (212) 695-6000

P:\Nilda2\WPDOCS\POLLACK\P&DS\NOP.FINAL.DECREE.wpd

Douglas J. Pick
Eric C. Zabicki
**PICK & ZABICKI LLP**
Counsel to the Debtor
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                                    Chapter 11
JESSICA GLASS POLLACK,                                           Case No.: 09-13322(JMP)

                        Debtor.
------------------------------------------------------------x

## APPLICATION FOR ENTRY OF FINAL DECREE

TO: THE HONORABLE JAMES M. PECK
     UNITED STATES BANKRUPTCY JUDGE

     Jessica Glass Pollack, the debtor herein (the "Debtor"), by and through her undersigned counsel, as and for her application (the "Application") for entry of a Final Decree, respectfully represents and alleges as follows:

     1.    On May 22, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with this Court and an Order for Relief was entered. The Debtor is in-house counsel to Colgate-Palmolive and is the mother of two small children.

     2.    Subsequent to the Petition Date, the Debtor continued to manage her property and affairs as a debtor-in-possession and no trustee, committee or examiner was appointed with regard to her chapter 11 case.

     3.    On February 9, 2009, the Debtor filed its Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs, pursuant to Bankruptcy Rule 1007(b).

4. Upon applications filed by the Debtor: (a) an Order was entered on June 9, 2009 establishing July 24, 2009 as the last date for claimants to file proofs of claim for pre-Petition Date obligations of the Debtor. A Court-approved Notice to File Claims was mailed to all creditors and parties in interest in connection with each of the foregoing claim "bar dates". All filed and scheduled claims were reviewed.

5. By Order entered on August 19, 2010 (the "Confirmation Order"), this Court confirmed the Second Amended Chapter 11 Plan of Reorganization of the Debtor proposed by the Debtor (the "Plan"). On August 19, 2010, this Court entered a Post Confirmation Order and Notice (the "Post Confirmation Order").

6. The professionals retained in this case have been awarded final fees pursuant to Order entered by this Court on August 19, 2010.

7. In order to consummate the Plan, the Debtor was required to make distributions totaling $55,382.33 as more particularly set forth in its Certification of Distributions, a copy of which is attached hereto as *Exhibit "A"*, representing the full payment of all Statutory Fees and Allowed Administrative Expense Claims and a 2% interim distribution on Allowed General Unsecured Claims. Said distributions have been made (with the exception of only a partial payment having been made on the fees and expenses awarded to Pick & Zabicki, LLP) and a Closing Report in Chapter 11 Case, a copy of which is attached hereto as *Exhibit "B,* has been filed.

8. The Debtor has complied with the terms and provisions of the Plan, the Confirmation Order and the Post Confirmation Order and all the matters required to be done thereunder have been completed. No matters are pending in this Court in connection with the Debtor's case.

**WHEREFORE**, the Debtor respectfully requests that the Court enter the proposed Final Decree attached hereto as *Exhibit "C"* and grant the Debtor for such other and further relief as is just and proper.

Dated: New York, New York
August 24, 2010

                                            **PICK & ZABICKI LLP**
                                            Counsel to the Debtor

By: _____
      Douglas J. Pick, Esq.
      369 Lexington Avenue, 12th Floor
      New York, New York 10017
      (212) 695-6000